JOHN TAYLOR *vs.* DAY SPAULDING.

May 12, 1887.

New Trial—Verdict against Evidence.—Order setting aside a verdict, as not justified by the evidence, sustained; following rule in *Hicks* v. *Stone,* 13 Minn. 398, (434.)

Appeal by plaintiff from an order of the district court for Le Sueur county, *Macdonald,* J., presiding, granting a new trial, after a verdict for plaintiff.

*W. Boright* and *H. J. Peck,* for appellant.

*Thos. Hessian* and *Caldwell & Parker,* for respondent.

GILFILLAN, C. J. The rule laid down in *Hicks* v. *Stone,* 13 Minn. 398, (434,) that, to justify us in reversing an order of the trial court granting a new trial on the ground that the verdict is not sustained by the evidence, we must feel satisfied that the preponderance of the evidence is manifestly and palpably in favor of the verdict, and followed in many cases since, disposes of this case. Upon reading over the evidence we cannot say that there is any preponderance in favor of the verdict.

Order affirmed.